# United States District Court

WESTERN DISTRICT OF WASHINGTON

MICHAEL LEWIN

**JUDGMENT IN A CIVIL CASE**

v.

ATLAS CASTINGS & TECHNOLOGY, et al.

CASE NUMBER: C07-5653FDB

___	**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX	**Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Plaintiff's Rule 41 motion to dismiss without prejudice (Dkt #14) is GRANTED. Defendant's motion to dismiss Plaintiff's complaint (Dkt #6) is stricken from the Court's calendar as MOOT.

December 21, 2007						BRUCE RIFKIN
								Clerk

								s/ D. Forbes
								By, Deputy Clerk